## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Adrienne Ellis<br>          Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>          Movant<br>vs.<br><br>M & T Bank<br>          Respondent | NO. 17-20817-CMB<br><br>CHAPTER 13<br><br>Related to Document Nos. 42, 45 |

## STIPULATION AND ORDER AS TO TRUSTEE'S MOTION TO PRECLUDE POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, M & T Bank, filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on July 26, 2018 listing fees and expenses totaling $600.00; and

WHEREAS, the Chapter 13 Trustee has filed a Motion to Preclude those fees and charges; and

WHEREAS, Respondent has filed a Response to the Trustee's motion agreeing that the Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed on July 26, 2018 shall be withdrawn and the requested fees disallowed;

It is therefore Stipulated and agreed as follows:

1. Respondent's requested fees and charges in the amount of $600.00 are disallowed.

2. Respondent shall provide to the Court and to the Trustee proof that Respondent's records have been adjusted to remove the disallowed portion of the fees and charges within thirty (30) days of the Court's approval of the within Stipulation, which proof shall include a

notarized affidavit by a corporate officer reflecting that the charges have been removed, as well as a full and comprehensible loan history.

3. Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

4. The hearing in this matter scheduled for September 19, 2018 at 11:00 a.m. is cancelled.

Consented to by:

| | |
|---|---|
| */s/ Ronda J. Winnecour* | */s/ James C. Warmbrodt, Esquire* |
| Ronda J. Winnecour, Esquire | James C. Warmbrodt, Esquire |
| Chapter 13 Trustee | Attorney for Respondent |
| US Steel Tower-Suite 3250 | KML Law Group, P.C. |
| Pittsburgh, PA 15219 | 701 Market Street, Suite 5000 |
| Phone: 412-471-5566 | Philadelphia, PA 19106 |
| rwinnecour@chapter13trusteewdpa.com | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Dated: September 17, 2018

FILED
9/17/18 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-20817-CMB
Adrienne Ellis                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1            Date Rcvd: Sep 17, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db             +Adrienne Ellis,    1144 SPERLING DR,    Pittsburgh, PA 15221-3053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jennifer L. Cerce   on behalf of Creditor    Borough of Wilkinsburg jlc@mbm-law.net
              Lawrence W. Willis    on behalf of Debtor Adrienne  Ellis ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7