**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 17-20817-CMB** |
| **Adrienne Ellis** | : | |
| | : | **Chapter 13** |
| **Debtor** | : | |
| | : | |
| **Adrienne Ellis** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| vs. | : | |
| | : | **Related to Document No. 61** |
| Sta Of Pennsylvania Inc. | : | |
| 3349 Hgwy 138 | : | |
| Allaire Corp Ctr Bldg A, Suite C | : | |
| Wall NJ 07719 | : | |
| | : | |
| **Respondent** | : | |
| | : | |
| and | : | **Filed Under Local Bankruptcy** |
| | : | **Rule 9013.4 Para. 6(c)** |
| **Ronda J. Winnecour, Trustee,** | : | |
| **Additional Respondent** | : | |
| | : | |
| **Social Security No. xxx-xx-4969** | : | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor(s), having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

        **Sta Of Pennsylvania Inc.**
        **3349 Hgwy 138**
        **Allaire Corp Ctr Bldg A, Suite C**
        **Wall NJ 07719**

shall deduct from said income the sum of Five Hundred Forty Seven Dollars ($547.00) bi-weekly (each pay period) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON    AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQ.
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Lawrence W Willis, Esquire, Willis & Associates, 201 Penn Center Boulevard, Suite 310, Pittsburgh, PA 15235, (412) 235-1721, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FUTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this  6th  day of   March   , 2020

FILED
3/6/20 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-20817-CMB
Adrienne Ellis                                                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Mar 06, 2020
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.
db          +Adrienne Ellis,    1144 SPERLING DR,    Pittsburgh, PA 15221-3053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                              TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:
            Christina Joy Pross    on behalf of Creditor    M&T BANK cpross@mwm-law.com
            James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
            Jennifer L. Cerce    on behalf of Creditor    Borough of Wilkinsburg jlc@mbm-law.net
            Lawrence W. Willis    on behalf of Debtor Adrienne Ellis ecf@westernpabankruptcy.com,
             urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Robert W. Williams    on behalf of Creditor    M&T BANK bankruptcy@mwm-law.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                       TOTAL: 9