**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-20817-CMB |
| | : | |
| Adrienne Ellis, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated March 31, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated March 30, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated April 1, 2020
                                                                                 /s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Adrienne Ellis
1144 Sperling Drive
Pittsburgh, PA 15221

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

AES/ GOAL FINANCIAL
POB 61047
Harrisburg, PA 17106-1047

Duquesne Light Company
c/o Allison L. Carr,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

LVNV Funding, LLC its successors and
assigns
assignee of Arrow Financial Services,
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

NORDSTROM FSB
PO BOX 13589
Scottsdale, AZ 85267-3589

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Swiss Colony
1112 7th Ave.
Monroe, WI 53566-1364

Wilkinsburg Borough
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

Wilkinsburg Borough
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441