LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Adrienne Ellis,** | : | Chapter 13 |
| | : | |
| **Movant** | : | **Bankruptcy No. 17-20817-CMB** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 74** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **September 9, 2020 at 10:00 AM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents **Adrienne Ellis**
2. This is (check one)
   _____ a final application
   ___X___ an interim application
   for the period March 1, 2017 to August 7, 2020
3. Previous retainer paid to Applicant: $300.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $1,500.00.
   Reimbursement of Expenses of $ N/A .
6. A *telephonic* hearing will be held on **September 9, 2020 at 10:00 AM** before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.
7. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 24, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing

may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

| | |
|---|---|
| Date of Service: <u>August 7, 2020</u> | Attorney for Movant/Applicant: |
| | <u>/s/ Lawrence W Willis Esq</u><br>Lawrence W Willis, Esquire<br>PA I.D. # 85299<br>Willis & Associates<br>201 Penn Center Blvd<br>Pittsburgh, PA 15235<br>Tel: 412.235.1721<br>Fax: 412.542.1704Email:<br>lawrencew@urfreshstrt.com<br>Attorney for Debtors |