**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Adrienne Ellis, | : | Chapter 13 |
| | : | |
| Movant | : | Bankruptcy No. 17-20817-CMB |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 96 |
| Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | June 28, 2022 at 11:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 96

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on May 28, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 14, 2022.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 15, 2022       By: /s/ Lawrence Willis Esquire
                Lawrence W Willis, Esquire
                PA I.D. # 85299
                Willis & Associates
                201 Penn Center Blvd
                Pittsburgh, PA 15235
                Tel: 412.235.1721
                Fax: 412.542.1704
                lawrencew@urfreshstrt.com
                Attorney for Debtors