**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ADRIENNE ELLIS | Case No.:17-20817 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/03/2017 and confirmed on 05/01/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,442.66 |
| Less Refunds to Debtor | 1,518.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,923.90 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,330.00 | |
| Trustee Fee | 3,219.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,549.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 45,515.49 | 0.00 | 45,515.49 |
| Acct: 7580 | | | | |
| M & T BANK | 13,591.03 | 12,317.23 | 0.00 | 12,317.23 |
| Acct: 7580 | | | | |
| WILKINSBURG BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG BOROUGH (TRASH) | 2,606.76 | 2,178.91 | 1,362.87 | 3,541.78 |
| Acct: P206 | | | | |
| | | | | 61,374.50 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADRIENNE ELLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADRIENNE ELLIS | 1,016.00 | 1,016.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADRIENNE ELLIS | 502.76 | 502.76 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-20817 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX7-20 | | | | |
| LAWRENCE W WILLIS ESQ | 1,330.00 | 1,330.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7580 | | | | |

\*\*\*N O N E\*\*\*

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ECMC(*) | 93,889.42 | 0.00 | 0.00 | 0.00 |
| Acct: 4969 | | | | |
| NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2619 | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2904 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,836.64 | 0.00 | 0.00 | 0.00 |
| Acct: 1726 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7507 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 2,174.40 | 0.00 | 0.00 | 0.00 |
| Acct: 4969 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                         61,374.50

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 16,197.79 |
| UNSECURED | 97.900.46 |

Date: 01/03/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com